IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **4:17CR3055** |
| Plaintiff, | |
| vs. | **ORDER** |
| ADRIAN GERMAN VASQUEZ, | |
| Defendant. | |

Defendant is being detained pending sentencing on another case. Accordingly, as to this case,

IT IS ORDERED:

1)   Defendant shall be detained until further order.

2)   Defendant is committed to the custody of the Attorney General for confinement in a corrections facility; Defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver Defendant to a United States Marshal for appearance in connection with a court proceeding.

June 22, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge